

## Pay Stub

| Empl Num | 1521669 |
|---|---|
| Name | BRIAN P GREER |
| Payroll # | 827 (SANITATION) |

Pay Date: 10/18/2019
Pay Period: From 10/06/2019 to 10/12/2019

**Net Pay Current** 520.55
**Net Pay YTD** 28,841.50

| Pay | Prior Per Hours | Prior Per Amount | Current Per Hours | Current Per Amount |
|---|---|---|---|---|
| RECURRING REGULAR GROSS |  |  | 40:00 | 961.17 |
| PREMIUM FOR HOURS WORKED ON SATURDAY (SAN-WORKER) |  | 24.03 |  |  |
| HOURLY SATURDAY NIGHT SHIFT DIFFERENTIAL (SAN-WORKER) |  | 14.42 |  |  |
| HOURLY NIGHT SHIFT DIFFERENTIAL | 32:00 | 76.88 |  |  |

**Gross Pay Current** 1,076.50
**Gross Pay YTD** 52,637.59

| Tax Deductions | Year to Date Amount | Amount |
|---|---|---|
| FICA TAX-EMPLOYEE SHARE | 3,237.78 | 66.21 |
| MEDICARE-EMPLOYEE SHARE | 757.22 | 15.48 |
| FEDERAL WITHHOLDING TAX | 5,493.32 | 91.98 |
| STATE WITHHOLDING TAX | 2,477.04 | 48.15 |
| NEW YORK CITY WITHHOLDING TAX | 1,689.06 | 32.93 |

| Deductions | Goal Amount or Total Installments | Balance Due or Installments Left | Amount |
|---|---|---|---|
| MUNICIPAL CREDIT UNION |  |  | 49.50 |
| SANITATION-20YR HEALTH INS |  |  | 5.92 |
| GHI CBP/BC F/O L RX |  |  | 2.68 |
| GHI CBP/BC F/O L RX |  |  |  |
| SANIT N414H ENHCD DIS BNFT |  |  | 13.99 |
| NYCERS PENS SYS (414H)-STD |  |  | 32.30 |
| UNIFORM SANITATIONMEN ASSN |  |  | 18.00 |
| GARNISHMENTS | 1,594.10 | 1,486.45 | 107.65 |
| 401K TAX DEFERRED SAVINGS | 19,000.00 | 18,489.45 | 10.44 |
| 457 TAX DEFERRED SAVINGS PLAN | 19,000.00 | 18,489.45 | 10.44 |
| 401K TAX DEFERRED SAVI LOAN #1 | 4,363.31 | 2,612.00 | 28.71 |
| 457 TDA SAVING LOAN # 1 | 4,399.96 | 3,494.02 | 21.57 |

10/18/2019 EStubs



## Pay Stub

| Empl Num | 15211669 |
|---|---|
| Name | BRIAN P GREER |
| Payroll # | 827 (SANITATION) |

Pay Date: 10/11/2019
Pay Period: From 09/29/2019 to 10/05/2019

**Net Pay Current** 520.54
**Net Pay YTD** 28,320.95

| Pay | Prior Per Hours | Prior Per Amount | Current Per Hours | Current Per Amount |
|---|---|---|---|---|
| RECURRING REGULAR GROSS | | | 40:00 | 961.17 |
| PREMIUM FOR HOURS WORKED ON SATURDAY (SAN-WORKER) | | 24.03 | | |
| HOURLY SATURDAY NIGHT SHIFT DIFFERENTIAL (SAN-WORKER) | | 14.42 | | |
| HOURLY NIGHT SHIFT DIFFERENTIAL | 32:00 | 76.88 | | |// 
| **Gross Pay Current** | | | | **1,076.50** |
| **Gross Pay YTD** | | | | **51,561.09** |

| Tax Deductions | Year to Date Amount | Amount |
|---|---|---|
| FICA TAX-EMPLOYEE SHARE | 3,171.57 | 66.21 |
| MEDICARE-EMPLOYEE SHARE | 741.74 | 15.49 |
| FEDERAL WITHHOLDING TAX | 5,401.34 | 91.98 |
| STATE WITHHOLDING TAX | 2,428.89 | 48.15 |
| NEW YORK CITY WITHHOLDING TAX | 1,656.13 | 32.93 |

| Deductions | Goal Amount or Total Installments | Balance Due or Installments Left | Amount |
|---|---|---|---|
| MUNICIPAL CREDIT UNION | | | 49.50 |
| SANITATION-20YR HEALTH INS | | | 5.92 |
| GHI CBP/BC F/O L RX | | | 2.68 |
| GHI CBP/BC F/O L RX | | | |
| SANIT N414H ENHCD DIS BNFT | | | 13.99 |
| NYCERS PENS SYS (414H)-STD | | | 32.30 |
| UNIFORM SANITATIONMEN ASSN | | | 18.00 |
| GARNISHMENTS | 1,698.95 | 1,591.30 | 107.65 |
| 401K TAX DEFERRED SAVINGS | 19,000.00 | 18,499.89 | 10.44 |
| 457 TAX DEFERRED SAVINGS PLAN | 19,000.00 | 18,499.89 | 10.44 |
| 401K TAX DEFERRED SAVI LOAN #1 | 4,363.31 | 2,640.71 | 28.71 |
| 457 TDA SAVING LOAN # 1 | 4,399.96 | 3,515.59 | 21.57 |



## Pay Stub

| Empl Num | 1521669 |
|---|---|
| Name | BRIAN P GREER |
| Payroll # | 827 (SANITATION) |

Pay Date: 10/04/2019
Pay Period: From 09/22/2019 to 09/28/2019

**Net Pay Current** 683.51
**Net Pay YTD** 27,800.41

| Pay | Prior Per Hours | Prior Per Amount | Current Per Hours | Current Per Amount |
|---|---|---|---|---|
| RECURRING REGULAR GROSS | | | 40:00 | 961.17 |
| PREMIUM FOR CHART DAY WORKED (SAN-WORKER) | 8:00 | 384.47 | | |
| HOURLY NIGHT SHIFT DIFFERENTIAL | 40:00 | 96.10 | | |

**Gross Pay Current** 1,441.74
**Gross Pay YTD** 50,484.59

| Tax Deductions | Year to Date Amount | Amount |
|---|---|---|
| FICA TAX-EMPLOYEE SHARE | 3,105.36 | 88.73 |
| MEDICARE-EMPLOYEE SHARE | 726.25 | 20.75 |
| FEDERAL WITHHOLDING TAX | 5,309.36 | 167.92 |
| STATE WITHHOLDING TAX | 2,380.74 | 70.40 |
| NEW YORK CITY WITHHOLDING TAX | 1,623.20 | 47.92 |

| Deductions | Goal Amount or Total Installments | Balance Due or Installments Left | Amount |
|---|---|---|---|
| MUNICIPAL CREDIT UNION | | | 49.50 |
| SANITATION-20YR HEALTH INS | | | 7.93 |
| GHI CBP/BC F/O L RX | | | 2.68 |
| GHI CBP/BC F/O L RX | | | |
| SANIT N414H ENHCD DIS BNFT | | | 18.74 |
| NYCERS PENS SYS (414H)-STD | | | 43.25 |
| UNIFORM SANITATIONMEN ASSN | | | 18.00 |
| GARNISHMENTS | 1,840.09 | 1,695.92 | 144.17 |
| 401K TAX DEFERRED SAVINGS | 19,000.00 | 18,510.33 | 13.98 |
| 457 TAX DEFERRED SAVINGS PLAN | 19,000.00 | 18,510.33 | 13.98 |
| 401K TAX DEFERRED SAVI LOAN #1 | 4,363.31 | 2,669.42 | 28.71 |
| 457 TDA SAVING LOAN # 1 | 4,399.96 | 3,537.16 | 21.57 |

**Total Deductions Current** 758.23



## Pay Stub

| Empl Num | 15216669 |
|---|---|
| Name | BRIAN P GREER |
| Payroll # | 827 (SANITATION) |

Pay Date: 09/27/2019

Pay Period: From 09/15/2019 to 09/21/2019

**Net Pay Current**   511.96

**Net Pay YTD**   27,116.90

| Pay | Prior Per Hours | Prior Per Amount | Current Per Hours | Current Per Amount |
|---|---|---|---|---|
| RECURRING REGULAR GROSS | | | 40:00 | 961.17 |
| PREMIUM FOR HOURS WORKED ON SATURDAY (SAN-WORKER) | | | | 24.03 |
| HOURLY SATURDAY NIGHT SHIFT DIFFERENTIAL (SAN-WORKER) | | | | 14.42 |
| HOURLY NIGHT SHIFT DIFFERENTIAL | | | 24:00 | 57.66 |

**Gross Pay Current**   1,057.28

**Gross Pay YTD**   49,042.85

| Tax Deductions | Year to Date Amount | Amount |
|---|---|---|
| FICA TAX-EMPLOYEE SHARE | 3,016.63 | 65.02 |
| MEDICARE-EMPLOYEE SHARE | 705.50 | 15.20 |
| FEDERAL WITHHOLDING TAX | 5,141.44 | 87.98 |
| STATE WITHHOLDING TAX | 2,310.34 | 46.98 |
| NEW YORK CITY WITHHOLDING TAX | 1,575.28 | 32.15 |

| Deductions | Goal Amount or Total Installments | Balance Due or Installments Left | Amount |
|---|---|---|---|
| MUNICIPAL CREDIT UNION | | | 49.50 |
| SANITATION-20YR HEALTH INS | | | 5.82 |
| GHI CBP/BC F/O L RX | | | 2.68 |
| GHI CBP/BC F/O L RX | | | |
| SANIT N414H ENHCD DIS BNFT | | | 13.74 |
| NYCERS PENS SYS (414H)-STD | | | 31.72 |
| UNIFORM SANITATIONMEN ASSN | | | 18.00 |
| GARNISHMENTS | 1,942.73 | 1,837.00 | 105.73 |
| 401K TAX DEFERRED SAVINGS | 19,000.00 | 18,524.31 | 10.26 |
| 457 TAX DEFERRED SAVINGS PLAN | 19,000.00 | 18,524.31 | 10.26 |
| 401K TAX DEFERRED SAVI LOAN #1 | 4,363.31 | 2,698.13 | 28.71 |
| 457 TDA SAVING LOAN # 1 | 4,399.96 | 3,558.73 | 21.57 |



## Pay Stub

| Empl Num | 1521669 |
|---|---|
| Name | BRIAN P GREER |
| Payroll # | 827 (SANITATION) |

**Pay Date: 09/20/2019**
**Pay Period: From 09/08/2019 to 09/14/2019**

| | |
|---|---:|
| **Net Pay Current** | 575.94 |
| **Net Pay YTD** | 26,604.94 |

| Pay | Prior Per Hours | Prior Per Amount | Current Per Hours | Current Per Amount |
|---|---|---|---|---|
| RECURRING REGULAR GROSS | | | 40:00 | 961.17 |
| PREMIUM FOR HOURS WORKED ON SATURDAY (SAN-WORKER) | | 24.03 | | |
| 25 CUBIC YARD LOADER HOURLY DIFFERENTIAL | | 100.78 | | |
| NIGHT DIFFERENTIAL FOR 25 CUBIC YARD LOADER | | 10.08 | | |
| HOURLY SATURDAY NIGHT SHIFT DIFFERENTIAL (SAN-WORKER) | | 14.42 | | |
| HOURLY NIGHT SHIFT DIFFERENTIAL | 24:00 | 57.66 | | |
| HOURLY NIGHT SHIFT DIFF-ROUTE EXT. | | 2.96 | | |
| HOURLY TRUCK DIFFERENTIAL - ROUTE EXTENSION | | 29.50 | | |
| **Gross Pay Current** | | | | 1,200.60 |
| **Gross Pay YTD** | | | | 47,985.57 |

| Tax Deductions | Year to Date Amount | Amount |
|---|---:|---:|
| FICA TAX-EMPLOYEE SHARE | 2,951.61 | 73.86 |
| MEDICARE-EMPLOYEE SHARE | 690.30 | 17.28 |
| FEDERAL WITHHOLDING TAX | 5,053.46 | 117.78 |
| STATE WITHHOLDING TAX | 2,263.36 | 55.71 |
| NEW YORK CITY WITHHOLDING TAX | 1,543.13 | 37.98 |

| Deductions | Goal Amount or Total Installments | Balance Due or Installments Left | Amount |
|---|---:|---:|---:|
| MUNICIPAL CREDIT UNION | | | 49.50 |
| SANITATION-20YR HEALTH INS | | | 6.60 |
| GHI CBP/BC F/O L RX | | | 2.68 |
| GHI CBP/BC F/O L RX | | | |
| SANIT N414H ENHCD DIS BNFT | | | 15.61 |
| NYCERS PENS SYS (414H)-STD | | | 36.02 |
| UNIFORM SANITATIONMEN ASSN | | | 18.00 |
| GARNISHMENTS | 2,062.79 | 1,942.73 | 120.06 |



## Pay Stub

| Empl Num | 1521669 |
|---|---|
| Name | BRIAN P GREER |
| Payroll # | 827 (SANITATION) |

Pay Date: 09/13/2019
Pay Period: From 09/01/2019 to 09/07/2019

| | | |
|---|---|---|
| **Net Pay Current** | | 520.55 |
| **Net Pay YTD** | | 26,029.00 |

| Pay | Prior Per Hours | Prior Per Amount | Current Per Hours | Current Per Amount |
|---|---|---|---|---|
| RECURRING REGULAR GROSS | | | 40:00 | 961.17 |
| PREMIUM FOR HOURS WORKED ON SATURDAY (SAN-WORKER) | | | | 24.03 |
| HOURLY SATURDAY NIGHT SHIFT DIFFERENTIAL (SAN-WORKER) | | | | 14.42 |
| HOURLY NIGHT SHIFT DIFFERENTIAL | | | 32:00 | 76.88 |
| **Gross Pay Current** | | | | 1,076.50 |
| **Gross Pay YTD** | | | | 46,784.97 |

| Tax Deductions | Year to Date Amount | Amount |
|---|---|---|
| FICA TAX-EMPLOYEE SHARE | 2,877.75 | 66.21 |
| MEDICARE-EMPLOYEE SHARE | 673.02 | 15.48 |
| FEDERAL WITHHOLDING TAX | 4,935.68 | 91.98 |
| STATE WITHHOLDING TAX | 2,207.65 | 48.15 |
| NEW YORK CITY WITHHOLDING TAX | 1,505.15 | 32.93 |

| Deductions | Goal Amount or Total Installments | Balance Due or Installments Left | Amount |
|---|---|---|---|
| MUNICIPAL CREDIT UNION | | | 49.50 |
| SANITATION-20YR HEALTH INS | | | 5.92 |
| GHI CBP/BC F/O L RX | | | 2.68 |
| GHI CBP/BC F/O L RX | | | |
| SANIT N414H ENHCD DIS BNFT | | | 13.99 |
| NYCERS PENS SYS (414H)-STD | | | 32.30 |
| UNIFORM SANITATIONMEN ASSN | | | 18.00 |
| GARNISHMENTS | 2,170.44 | 2,062.79 | 107.65 |
| 401K TAX DEFERRED SAVINGS | 19,000.00 | 18,546.22 | 10.44 |
| 457 TAX DEFERRED SAVINGS PLAN | 19,000.00 | 18,546.22 | 10.44 |
| 401K TAX DEFERRED SAVI LOAN #1 | 4,363.31 | 2,755.55 | 28.71 |
| 457 TDA SAVING LOAN # 1 | 4,399.96 | 3,601.87 | 21.57 |



## Pay Stub

| Empl Num | 15216669 |
|---|---|
| Name | BRIAN P GREER |
| Payroll # | 827 (SANITATION) |

### Pay Date: 09/06/2019
### Pay Period: From 08/25/2019 to 08/31/2019

**Net Pay Current**   520.30
**Net Pay YTD**   25,508.45

| Pay | Prior Per Hours | Prior Per Amount | Current Per Hours | Current Per Amount |
|---|---|---|---|---|
| RECURRING REGULAR GROSS | | | 40:00 | 961.17 |
| PREMIUM FOR HOURS WORKED ON SATURDAY (SAN-WORKER) | | 24.03 | | |
| HOURLY SATURDAY NIGHT SHIFT DIFFERENTIAL (SAN-WORKER) | | 14.42 | | |
| HOURLY NIGHT SHIFT DIFFERENTIAL | 32:00 | 76.88 | | |

**Gross Pay Current**   1,076.50
**Gross Pay YTD**   45,708.47

| Tax Deductions | Year to Date Amount | Amount |
|---|---|---|
| FICA TAX-EMPLOYEE SHARE | 2,811.54 | 66.19 |
| MEDICARE-EMPLOYEE SHARE | 657.54 | 15.48 |
| FEDERAL WITHHOLDING TAX | 4,843.70 | 91.90 |
| STATE WITHHOLDING TAX | 2,159.50 | 48.15 |
| NEW YORK CITY WITHHOLDING TAX | 1,472.22 | 32.93 |

| Deductions | Goal Amount or Total Installments | Balance Due or Installments Left | Amount |
|---|---|---|---|
| MUNICIPAL CREDIT UNION | | | 49.50 |
| SANITATION-20YR HEALTH INS | | | 5.92 |
| GHI CBP/BC F/O L RX | | | 3.03 |
| GHI CBP/BC F/O L RX | | | |
| SANIT N414H ENHCD DIS BNFT | | | 13.99 |
| NYCERS PENS SYS (414H)-STD | | | 32.30 |
| UNIFORM SANITATIONMEN ASSN | | | 18.00 |
| GARNISHMENTS | 2,278.09 | 2,170.44 | 107.65 |
| 401K TAX DEFERRED SAVINGS | 19,000.00 | 18,556.66 | 10.44 |
| 457 TAX DEFERRED SAVINGS PLAN | 19,000.00 | 18,556.66 | 10.44 |
| 401K TAX DEFERRED SAVI LOAN #1 | 4,363.31 | 2,784.26 | 28.71 |
| 457 TDA SAVING LOAN # 1 | 4,399.96 | 3,623.44 | 21.57 |

https://a127-hrp.nyc.gov/EStubs/PrtPayStub.jsp

1/2